IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-12-019 |
| JAMAL GERARD MOSE-BURREL | § | |

**O R D E R**

Jamal Gerard Mose-Burrel filed a Motion for Judgment to Amend Sentencing. (Docket Entry No. 39). The court has no authority to amend the sentence to include home confinement, as Mose-Burrel seeks. "After a district court sentences a federal offender, the Attorney General, through the BOP, has the responsibility for administering the sentence." *United States v. Wilson*, 503 U.S. 329, 335 (1992). The determination of an inmate's eligibility for the Second Chance Act and whether the final 12 months of custody may be served on home confinement is to be determined by the Bureau of Prisons. A submission to the warden is the proper method to request this relief. The Motion for Judgment is denied without prejudice to seeking relief from the Bureau of Prisons.

SIGNED on August 26, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge